UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C.,, individually and on behalf of all others similarly-situated<br><br>Plaintiffs,<br><br>vs.<br><br>BYRAM HEALTHCARE CENTERS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:09CV1980 HEA<br>)<br>)<br>)<br>) |

### ORDER

This matter is before the Court on Defendant's Motion to Compel [Doc. #55]. The Court finds that,

**IT IS HEREBY ORDERED** that the motion is granted to the extent that defendant may pursue discovery of the matters at issue in the motion by way of written response to interrogatories of Geismann and Middleton.

**IT IS FURTHER ORDERED** that the motion is denied in all other respects at this time.

Dated this 12th day of March, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE