IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C., individually and on behalf of all others similarly-situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:09CV1980 HEA ) |
| BYRAM HEALTHCARE CENTERS, INC., | ) ) |
| Defendant. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, RADHA GEISMANN, M.D., P.C. and Defendant, BYRAM HEALTHCARE CENTERS, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice.  Each party to bear its own costs.

Respectfully submitted,

By:  s/ Max G. Margulis
Max G. Margulis, MO#24325
MARGULIS LAW GROUP
28 Old Belle Monte Rd.
Chesterfield, MO 63017
Telephone:  (636) 536-7022
*Attorney for Plaintiff*

By:   s/ Darci F. Madden
Darci F. Madden, MO#51463
Amanda E. Colvin, MO#61763
BRYAN CAVE LLP
One Metropolitan Square, Suite 3600
St. Louis, MO  63102
Telephone:  (314) 259-2000
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                                  s/ Max G. Margulis
                                                                  Max G. Margulis